UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:21-cr-5-Oc-28PRL
26 U.S.C. § 5861(d)

JOSEPH JAMES BEHAL

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 20, 2020, in the Middle District of Florida, the defendant,

JOSEPH JAMES BEHAL,

did knowingly possess a firearm, that is: a shotgun having a barrel of less than 18 inches in length, as defined by 26 U.S.C. § 5845(a)(1), which was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## FORFEITURE

1. The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2. Upon conviction of a violation of 26 U.S.C. § 5861(d), the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm..

3. The property to be forfeited includes, but is not limited to, the following: a Winchester, 12 gauge shotgun (Model L400 MK II).

4. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred, sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or,
   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Tyrie K. Boyer
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
January 21

No. 20-1-47

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH JAMES BEHAL

## INDICTMENT

Violations: 26 U.S.C. § 5861(d)

A true bill,

_____
Foreperson

Filed in open court this 6th day

of January, 2021.

_____
Clerk

Bail $_____

GPO 863 525